# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0408. WHITE DOVE CHURCH OF GOD, INC. v. KRONOS CAPITAL FUND, LLC.

White Dove Church of God, Inc. filed this direct appeal from an order granting Kronos Capital Fund, LLC's motion to dismiss White Dove's complaint. But Kronos's counterclaim against White Dove and its third-party claims against Ikomoni Alexander remain pending, so the order of dismissal is not a final judgment, the appeal is premature, and we lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." But when a case involves "multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of fewer than all the parties is not a final judgment." *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015) (citation omitted). For a party to obtain appellate review under such circumstances, there must be either an express determination by the trial court that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). *Shoenthal*, 333 Ga. App. at 730. Where neither code section is followed, the appeal is premature and must be dismissed. Id. at 729-730.

Here, the trial court did not rule on Kronos's counterclaim or third-party claims, and it did not direct the entry of judgment under OCGA § 9-11-54 (b). Consequently, this action remains pending in the trial court, and White Dove was required to follow the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the order dismissing

its complaint. See OCGA § 5-6-34 (b). White Dove's failure to do so deprives us of jurisdiction over this premature direct appeal, which is hereby **DISMISSED**. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   01/25/2021        *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*